**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 22-6481**

───────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

LAMONT TATE,

        Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, District Judge.  (3:01-cr-00185-FDW-4)

───────────

Submitted:  January 20, 2023                 Decided:  February 6, 2023

───────────

Before THACKER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Lamont Tate, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Lamont Tate appeals the district court's order denying his motion for reduction of sentence under the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Tate*, No. 3:01-cr-00185-FDW-4 (W.D.N.C. Apr. 11, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*